**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVAN EUGENE MOORE, | Case No.: 3:24-cv-00249-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 35 |
| KENNETH WILLIAMS, et al., | |
| Defendants | |

Defendants have filed a motion requesting a 30-day extension of the dispositive motions deadline. (ECF No. 35.) With good cause appearing, Defendants' motion (ECF No. 35) is **GRANTED**.

Dispositive motions must be filed on or before **April 13, 2026**. The joint pretrial order is due on or before **May 13, 2026**, or 30 days following the entry of the court's ruling on a dispositive motion.

**IT IS SO ORDERED**.

Dated: March 12, 2026

_____
Craig S. Denney
United States Magistrate Judge